**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Mark of Excellence Homes, Inc.,** **Civil No. 01-296 JMR/SRN**

**Plaintiff,**

**v.**

**AMENDED**
**PRETRIAL SCHEDULING ORDER**

**DH Land Company, Inc.,**
**Sunridge Townhomes, LLC,**
**and Douglas Hanson, being**
**sued as Douglas A. Hanson,**

**Defendants.**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by December 3, 2001.**

2. All initial disclosures required by Rule 26(a)(1) shall be completed on or before June 25, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By all parties on or before October 15, 2001.

   b. Rebuttal on or before November 15, 2001.

FILED MAY 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

4. No more than 50 interrogatories **per side (the Defendants are combined to be one "side")** shall be served by any party.

5. No more than 14 depositions **per side (the Defendants are combined to be one "side")**, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by August 1, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by December 17, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by March 1, 2002. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis, 612-664-5053.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on May 1, 2002, or upon resolution of any pending dispositive motions. Anticipated length of trial is 10 days.

Dated: May 21, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge