**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Mark of Excellence Homes, Inc.,** **Civil No. 01-296 JMR/SRN**

**Plaintiff,**

**v.**

**ORDER**

**DH Land Company, Inc.,**
**Sunridge Townhomes, LLC,**
**and Douglas A. Hanson,**

**Defendants.**

---

The above-entitled matter came before the Honorable Magistrate Judge Susan Richard Nelson on the 1st day of August, 2001. Darrell A. Jensen, Esq. moved for permission to withdraw as counsel for the Defendants DH Land Company, Inc., Sunridge Townhomes, LLC, and Douglas A. Hanson, pursuant to Minn. L.R. 83.7. Plaintiff did not object to the motion.

Based on all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Defendant's Motion to Withdraw as Counsel [Docket 11] is GRANTED.

Dated: August 2, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED AUG 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________