UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mark of Excellence Homes, Inc.,

Plaintiff,

vs.

DH Land Company, Inc.; Sunridge Townhomes, LLC; and Douglas A. Hanson,

Defendants.

**STIPULATION TO EXTEND DISCOVERY DEADLINE**

Case No. 01-CV-296 JMR/SRN

---

**WHEREAS,** due to scheduling conflicts, and the addition of new counsel, the parties hereto are unable to complete the depositions of necessary witnesses prior to the current December 3, 2001, discovery deadline; and

**WHEREAS,** the proposed trial date is in May 1, 2002; therefore;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that the deadlines above-referenced be extended by 30 days to the following:

1. Discovery shall be commenced in time to be completed by **January 3, 2002.**

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule (26)(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By all parties on or before **November 15, 2001**.

   b. Rebuttal on or before **December 15, 2001**.

NOV 30 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. All other non-dispositive motions and supporting documents, including those which relate to discover, shall be served and filed by **January 17, 2002**.

4. All dispositive motions shall be served, filed and heard by **April 1, 2002**.

**RIDER, BENNETT, EGAN & ARUNDEL, LLP**

By ______________________
Jan M. Gunderson (176989)
Michael M. Lafeber (242871)
Attorneys for Defendants
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-8956

DATED: 11-27, 2001

**LARKIN, HOFFMAN, DALY & LINDGREN, LTD.**

By ______________________
Jon S. Swierzewski (108017)
Genevieve A. Beck (278208)
Attorneys for Plaintiff
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431-1194
(612) 835-3800

DATED: 11-26, 2001

## ORDER

Based upon the foregoing Stipulation entered into by the above parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

1. Discovery shall be commenced in time to be completed by **January 3, 2002.**

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule (26)(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By all parties on or before **November 15, 2001**.

   b. Rebuttal on or before **December 15, 2001**.

3. All other non-dispositive motions and supporting documents, including those which relate to discover, shall be served and filed by **January 17, 2002**.

4. All dispositive motions shall be served, filed and heard by **April 1, 2002**.

5. The case will be trial ready on June 1, 2002.

BY THE COURT:

Dated: 11/29, 2001

Susan Richard Nelson

Susan Richard Nelson
U.S. Magistrate Judge

No further extensions will be granted