**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Mark of Excellence Homes, Inc., 01cv296 (JEL/JGL)

Plaintiff,

v.

**NOTICE OF HEARING**

DH Land Company, Inc., Sunridge Townhomes, LLC and Douglas Hanson,

Defendants.

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for hearing **Defendant's Motion for Summary Judgment** on Wednesday, July 10, 2002 at 11:00 a.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

DATED: June 27, 2002.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

JUN 27 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK