UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mark of Excellence Homes, Inc., | 01cv296 (JNE/JGL)

Plaintiff,

v.

**ORDER FOR DISMISSAL**

DH Land Company, Inc., Sunridge Townhomes, LLC and Douglas Hanson,

Defendants.

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** That this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement.

DATED: April 29, 2003.

JOAN N. ERICKSEN, Judge
United States District Court

FILED APR 29 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK